# Exhibit E

**Infringement of U.S. Patent No. 9,779,421**

| Claim No. | Claim | Jive Platform |
|---|---|---|
| 12[p] | 12. A method comprising: | Jive’s system implements the following method. |
| | | |
| 12[a] | receiving and storing, at a network site, activity information of a first viewer from a first website of a first provider, the activity information of the first viewer indicating the first viewer's involvement with the first website, the activity information of the first viewer received from the first website using an application programming interface (API) operable at the network site; | Jive’s Advanced Gamification Module describes using “behavioral data to motivate community members [and] maximize engagement” through “targeted incentives tailored to individuals and specific groups of users.” Upon information and belief, Jive’s system achieves this by receiving and storing activity information of viewers from providers of web sites. The activity information indicates the viewers’ involvement with the web sites.<br><br>Furthermore, Jive discloses integrated “bi-directional functionality” that allows users to work in one website, while Jive “keeps everything in sync.” This would necessarily require an API operable on the network site to allow Jive to receive and store activity information on the first website.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive’s Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Ex. J, Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>*Id.*, Jive Gamification Datasheet at 2.<br><br>Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms. |

| | | |
|---|---|---|
| | | Jive Gamification Datasheet at 2-3.<br><br>**Security And Compliance**<br>Protect your data and ensure compliance with Jive's iron-clad security.<br>**Industry Regulations**<br>Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more<br>**Antivirus Protection**<br>Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more<br>**Records Retention**<br>Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more<br>**eDiscovery**<br>Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more<br>*Id.*, https://www.jivesoftware.com/product/#secure |

## Solves Your Biggest IT Challenges

**End Silos**
Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.

**Cure Corporate Amnesia**
Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.

**Drive Strategic Alignment**
Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.

**Unify Your IT Landscape**
Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.

## Features and Capabilities

- ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*
- ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*
- ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*
- ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*
- ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*
- ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*
- ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*

https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf

**Simplify Collaboration With An Integrated Hub**

Bridge your IT infrastructure and power cohesive collaboration across your key systems and apps. Our ready-made integrations with Microsoft, Google, Salesforce and other leading systems bring content and conversations into Jive, where everything is easy to find, access and work with. Our deep integrations provide full bi-directional functionality so you can work in you favorite apps and tools while Jive keeps everything in sync.

Ex. N, https://www.jivesoftware.com/product/integrations#gsc.tab=0

| | | |
|---|---|---|
| 12[b] | awarding, by the network site, first incentive information to the first viewer based on the activity information of the first viewer; | Upon information and belief, Jive uses a computing system to award incentive information to the viewers based on the activity information of the viewers. Specifically, Jive's Advanced Gamification Module discloses "the ability to engage users with highly personalized, collaborative, and rewarding experiences" using competitions, "real-time feedback," and behavioral data. This data is then used to incentivize behavior based on the activity information of the first viewer.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br>Ex. J, Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community. |

| | | |
|---|---|---|
| | | *Id.*, Jive Gamification Datasheet at 1.<br><br>Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher |

| | | |
|---|---|---|
| | | *Id.*, Jive Gamification Datasheet at 2-3. |
| | | |
| 12[c] | providing the first incentive information to a first incentive application embedded in the first website, the first incentive application being previously provided to the first website to allow embedding, the first incentive information to be displayed to the first viewer by the first website using the first incentive application; | Jive's system provides the first incentive information awarded to the viewers when they return to visit the site. Specifically, Jive discloses using "sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase…ROI." The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.<br><br>Furthermore, computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."<br><br>Jive embeds an incentive application from its cloud network site into different customer's Jive experiences websites as well as additional third-party websites such as Microsoft Office 365, Google, Salesforce, and Jira.<br>See Ex. L. |

| | | |
|---|---|---|
| | | **Jive's basic game mechanics are automatic, driving intranet engagement with points and recognition.**<br><br>But we've gone further, providing advanced gamification that really amps up participation and enthusiasm.<br><br>- Create targeted missions, contests and badges that encourage specific actions, like giving helpful answers and peer-based support.<br>- Provide powerful incentives in the form of rewards that users can redeem in your own rewards store.<br>- Grant special privileges like content creation and moderation, giving your biggest fans a bigger stake in the community.<br>- Use leader boards to tap your community's competitive spirit, acknowledge top contributors and cultivate product champions.<br><br><br><br>*Id.*, https://www.jivesoftware.com/product/gamification-tools/<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Ex. J, Jive Gamification Datasheet at 1. |

The most powerful gamification engine

- Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.

Fully integrated user experience

- Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.

*Id.*, Jive Gamification Datasheet at 2.

## Every Feature Your Employees Need, Right Out Of The Box

Give your employees the tools they need, without making your IT department foot the bill.

**Enterprise-Grade**
Replace rogue consumer apps and shadow IT with a highly secure system built for the enterprise.

**Integrations**
Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.

**Office 365**
Boost your Microsoft ROI by bringing unified collaboration to Office 365 and SharePoint.

**Adoption**
Give employees an intranet they'll actually like, boosting adoption and ROI.

**Help Desk**
Use Jive's pre-built virtual help desk to deflect tickets through self-service and peer support.

**Easy Admin**
Enable business users to set up and manage their own spaces without any IT help or resources.

Ex. K, https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")

Jive's system provides the first incentive information awarded to the viewers when they return to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.
Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Ex. J, Jive Gamification Datasheet at 1.

## Sales

Incentivize your entire sales team to be top performers by tapping into their competitive spirit:

- Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.
- Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.

*Id.*, Jive Gamification Datasheet at 2.

| | | |
|---|---|---|
| | | Social Intranet<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>*Id.*, Jive Gamification Datasheet at 1-2.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>*Id.*, Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| 12[d] | receiving and storing, at the network site, activity information of a second viewer from a second website of a second provider, the activity information of the second viewer indicating the second viewer's involvement with the second website, the activity information of the second viewer received from the second website using the API operable at the network site; | Jive's system receives and stores activity information of viewers from providers of web sites. The activity information indicates the viewers' involvement with the web sites.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br>Ex. J, Jive Gamification Datasheet at 1.<br><br>**Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>*Id.*, Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>*Id.*, Jive Gamification Datasheet at 2-3.<br><br>**Security And Compliance**<br><br>Protect your data and ensure compliance with Jive's iron-clad security.<br><br>**Industry Regulations**<br>Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more<br><br>**Antivirus Protection**<br>Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more<br><br>**Records Retention**<br>Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more<br><br>**eDiscovery**<br>Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more<br><br>Ex. M, https://www.jivesoftware.com/product/#secure |

| | | |
|---|---|---|
| | | **Solves Your Biggest IT Challenges**<br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br>**Features and Capabilities**<br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*<br>https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 12[e] | awarding, by the network site, second incentive information to the second viewer based on the activity information of the second viewer; and | Jive's system awards incentive information to the viewers based on the activity information of the viewers. |

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Ex. J, Jive Gamification Datasheet at 1.

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

*Id.*, Jive Gamification Datasheet at 1.

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>*Id.*, Jive Gamification Datasheet at 2-3. |
| | | |

| | | |
|---|---|---|
| 12[f] | providing the second incentive information to a second incentive application embedded in the second website, the second incentive application being previously provided to the second website to allow embedding, the second incentive information to be displayed to the second viewer by the second website using the second incentive application, the first and second websites being provided by different computer systems. | Computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."<br><br>Jive embeds an incentive application from its cloud network site into different customer's Jive experiences websites as well as additional third-party websites such as Microsoft Office 365, Google, Salesforce, and Jira.<br><br>See Ex. K, https://www.jivesoftware.com/solutions/it/<br><br><br>Ex. L, https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | Gamification drives engagement<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Ex. J, Jive Gamification Datasheet at 2. |




Ex. K, https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")

Jive's system provides the first incentive information awarded to the viewers returns to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




*Id.*, Jive Gamification Datasheet at 1.

## Sales

Incentivize your entire sales team to be top performers by tapping into their competitive spirit:

- Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.
- Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.

*Id.*, Jive Gamification Datasheet at 2.

| | | |
|---|---|---|
| | | Social Intranet<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>*Id.*, Jive Gamification Datasheet at 1-2.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>*Id.*, Jive Gamification Datasheet at 2. |