# Exhibit F

**Infringement of U.S. Patent No. 11,501,339**

| Claim No. | Claim | Jive Platform |
|---|---|---|
| 22[p] | 22. A method using a server having a hardware processor and logic stored in memory, comprising | BI Worldwide takes no position on whether the preamble of this claim is limiting.<br><br>Jive's system implements the following method.<br><br>Jive advertises a cloud based platform. See https://web.archive.org/web/20220428090700/https://www.aurea.com/library/jive/. Upon information and belief, a server with a hardware processor and logic stored in memory would be necessary for this type of cloud-based platform.<br><br>https://web.archive.org/web/20220428090700/https://www.aurea.com/library/jive/; see also https://www.jivesoftware.com/blog/intranet/solutions/cloud-intranet |

| | | |
|---|---|---|
| | | <br>**Fewer Tickets. Happier Users. Faster Transformation.**<br>Jive enables IT departments to reduce costs significantly. With easy setup, simple administration, automatic upgrades via the cloud, and comprehensive onboarding for all employees, you'll see fewer help desk tickets and a more united workforce.<br>**Companies using a Jive interactive intranet achieve results like:**<br>**17%** fewer employee support tickets<br>**83%** daily active user rate – an industry best<br>**15%** increase in employee productivity<br>Ex. K, https://www.jivesoftware.com/solutions/it/<br>**Social Intranet**<br>Empower and drive the behaviors you want:<br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br>• Encourage increased interaction and productivity.<br>Ex. J, Jive Gamification Datasheet at 1-2. |
| | | |

| | | |
|---|---|---|
| 22[a] | using a processor operating an incentive application logic in communication with a first networked site, embedding an incentive application on a first network site; | Jive meets this claim element.<br><br>Upon information and belief, a processor is necessary for Jive's system to work as described.<br><br>Furthermore, computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."<br><br>Jive embeds an incentive application from its cloud network site into different customer's Jive experiences websites as well as additional third-party websites such as Microsoft Office 365, Google, Salesforce, and Jira.<br>See Ex. K, https://www.jivesoftware.com/solutions/it/<br><br><br>Ex. L, https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | **Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Ex. J, Jive Gamification Datasheet at 1.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>*Id*., Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | <br>Ex. K, https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.") |
| | | |
| 22[b] | i. through the embedded first incentive application, generating a first incentive screen at the first networked site; | Jive's system generates incentive screens on network sites. For example, Jive's system generates incentive screens such as points, levels, badges. See Jive Gamification Datasheet. These incentive screens are embedded into network sites. |

| | | |
|---|---|---|
| | | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>Ex. J, Jive Gamification Datasheet at 1.<br>**Gamification drives engagement**<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>*Id*., Jive Gamification Datasheet at 1. |
| | | |
| 22[c] | ii. awarding first incentive information based on information about a first viewer from | Jive's system awards incentive information based on information about viewers from the network site stored on the server to "motivate community members, maximize engagement and increase…ROI" through gamification. |

| | | |
|---|---|---|
| | the first network site stored on the server; | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>*Id*., Jive Gamification Datasheet at 1.<br>## Gamification drives engagement<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>*Id*., Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>*Id.*, Jive Gamification Datasheet at 2-3. |

| | | |
|---|---|---|
| | | # Quests and Rewards<br><br>Use Jive's built-in engagement and rewards system to onboard new hires fast, energize participation and turn employees into company champions. Compelling quests and missions are provided out of the box, which you can manage and further customize through a powerful console. Learn more ><br><br>https://www.jivesoftware.com/product/intranet-user-adoption/<br><br>## Solves Your Biggest IT Challenges<br><br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br><br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br><br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br><br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br><br>## Features and Capabilities<br><br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.* |

| | | |
|---|---|---|
| | | https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 22[d] | iii. displaying awarded first incentive information on the first incentive screen on the first network site to incentivize additional activity of the first viewer; | Jive's system displays awarded incentive information on the incentive screen on network sites to incentivize additional activity of the viewers.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>**Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

<table>
<tr><td></td><td></td><td>



https://www.jivesoftware.com/product/intranet-user-adoption/




https://www.jivesoftware.com/product/intranet-user-adoption/
</td></tr>
<tr><td></td><td></td><td></td></tr>
<tr><td>22[e]</td><td>iv. using a processor operating an incentive application logic in communication with a second networked site, embedding an incentive application on a second network site;</td><td>Upon information and belief, Jive's system necessarily requires a processor and logic to work as described. This incentive application logic is in communication with a second network site.<br><br>Furthermore, computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any</td></tr>
</table>

| | | |
|---|---|---|
| | | modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it.”<br><br>Jive’s system embeds an incentive application within multiple Jive network sites as well as additional network sites such as Microsoft Office 365, Google, Salesforce, and Jira. This allows Jive to use communicated information to incentivize behavior through gamification.<br><br>See https://www.jivesoftware.com/solutions/it/<br><br><br>https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | **Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |

<table>
<tr><td></td><td></td><td>

https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")</td></tr>
<tr><td></td><td></td><td></td></tr>
<tr><td>22[f]</td><td>v. through the embedded second incentive application, generating a second incentive screen at the second networked site;</td><td>Jive's system generates incentive screens on network sites. For example, Jive's system generates incentive screens such as points, levels, badges. See Jive Gamification Datasheet.</td></tr>
</table>

| | | |
|---|---|---|
| | | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>Jive Gamification Datasheet at 1.<br>**Gamification drives engagement**<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |
| | | |
| 22[g] | vi. awarding second incentive information based on information about a second viewer | Jive's system awards incentive information based on information about viewers from the network site stored on the server. |

| | | |
|---|---|---|
| | from the second network site stored on the server; and | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br>**Gamification drives engagement**<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |

| | | |
|---|---|---|
| | | **Quests and Rewards**<br><br>Use Jive's built-in engagement and rewards system to onboard new hires fast, energize participation and turn employees into company champions. Compelling quests and missions are provided out of the box, which you can manage and further customize through a powerful console. Learn more ><br><br>https://www.jivesoftware.com/product/intranet-user-adoption/<br><br>**Solves Your Biggest IT Challenges**<br><br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br><br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br><br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br><br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br><br>**Features and Capabilities**<br><br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.* |

| | | |
|---|---|---|
| | | https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 22[h] | vii. displaying awarded second incentive information on the second incentive screen on the second network site to incentivize additional activity of the second viewer. | Jive's system displays awarded incentive information on the incentive screen on network sites to incentivize additional activity of the viewers. Specifically, Jive discloses the use of intranet peer recognition to incentivize additional activity.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>**Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

<table>
<tr>
<td></td>
<td></td>
<td>


<br>
https://www.jivesoftware.com/product/intranet-user-adoption/
<br>


<br>
https://www.jivesoftware.com/product/intranet-user-adoption/
</td>
</tr>
</table>