# Exhibit I

CARLSON CASPERS

INTELLECTUAL PROPERTY LITIGATION AND COUNSELING

Nathan D. Louwagie
Direct Dial: 612-436-9656
E-mail: nlouwagie@carlsoncaspers.com

July 10, 2023

Jennifer Trillsch
Jones & Spross, PLLC
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732
jennifer.trillsch@jonesspross.com

***Via Email***

Re: BI Worldwide U.S. Patent Nos. 8,768,764, 9,779,421, and 11,501,339

Dear Ms. Trillsch,

Thank you for your letter, and we appreciate that Jive is looking into the patents attached to our initial letter. To assist in your investigation, please see the attached claim charts showing how publicly available information suggests Jive's gamification services compares to the claim limitations of claim 10 of U.S. Patent No. 8,768,764, claim 12 of U.S. Patent No. 9,779,421, and claim 22 of U.S. Patent No. 11,501,339. We would also note that Jive advertises that its gamification engine is "Powered by Bunchball Nitro", despite the fact that Jive no longer has a relationship with Bunchball.[1] We look forward to hearing from you once you have completed your analysis.

Regards,

*/s/Nathan D. Louwagie*

Nathan D. Louwagie

[1] https://www.jivesoftware.com/wp-content/uploads/Resources/Datasheet/Gamification-for-Employee-and-Customer-Communities-_-Jive-Software.pdf

**U.S. Patent No. 8,768,764, Claim 10**

| Claim No. | Claim | Jive Platform |
|---|---|---|
| 10[p] | 10. A method comprising | Jive's system implements the following method. |
| | | |
| 10[a] | providing an incentive application from a network site over a data network to a first Web site and a second Web site, wherein the network site is operating on a computer system and wherein the first and second Web sites are operating on different computer systems, the incentive application to be embedded in the first Web site and the second Web site, respectively; | Computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."<br><br>Jive meets this limitation. It embeds an incentive application from its cloud network site into first and second websites such as Microsoft Office 365, Google, Salesforce, and Jira. These platforms are available as websites.<br><br>See https://www.jivesoftware.com/solutions/it/ |

| | | |
|---|---|---|
| | | **Jive's basic game mechanics are automatic, driving intranet engagement with points and recognition.**<br><br>But we've gone further, providing advanced gamification that really amps up participation and enthusiasm.<br><br>- Create targeted missions, contests and badges that encourage specific actions, like giving helpful answers and peer-based support.<br>- Provide powerful incentives in the form of rewards that users can redeem in your own rewards store.<br>- Grant special privileges like content creation and moderation, giving your biggest fans a bigger stake in the community.<br>- Use leader boards to tap your community's competitive spirit, acknowledge top contributors and cultivate product champions.<br><br><br><br>https://www.jivesoftware.com/product/gamification-tools/<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1. |

**The most powerful gamification engine**

- Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.

**Fully integrated user experience**

- Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.

Jive Gamification Datasheet at 2.




https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")

| | | |
|---|---|---|
| 10[b] | receiving and storing, at the network site, activity information of a first viewer from a provider of the first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site; | Jive's system receives and stores activity information of viewers from providers of web sites. The activity information indicates the viewers' involvement with the web sites.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br><br>**Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Jive Gamification Datasheet at 2-3.<br><br>**Security And Compliance**<br><br>Protect your data and ensure compliance with Jive's iron-clad security.<br><br>**Industry Regulations**<br>Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more<br><br>**Antivirus Protection**<br>Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more<br><br>**Records Retention**<br>Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more<br><br>**eDiscovery**<br>Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more<br><br>https://www.jivesoftware.com/product/#secure |

| | | |
|---|---|---|
| | | **Solves Your Biggest IT Challenges**<br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br>**Features and Capabilities**<br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*<br>https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| 10[c] | awarding, by the computing system, incentive information to the first viewer based on the activity information of the first viewer; | Jive's system awards incentive information to the viewers based on the activity information of the viewers. |

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Jive Gamification Datasheet at 1.

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

Jive Gamification Datasheet at 1.

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |
| | | |

| | | |
|---|---|---|
| 10[d] | providing, using the incentive application at the first Web site, the first incentive information awarded to the first viewer when the first viewer returns to visit the first Web site, the incentive information awarded to the first viewer to incentivize additional activity of the first viewer with the first Web site; | Jive's system provides the first incentive information awarded to the viewers returns to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>**Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

| | | |
|---|---|---|
| | | **The most powerful gamification engine**<br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be u to structured missions and determine user rewards.<br>**Fully integrated user experience**<br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user strear profiles and groups.<br>Jive Gamification Datasheet at 2. |
| | | |
| 10[e] | receiving, at the network site, activity information of a second viewer from a provider of the second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site; | Jive's system receives and stores activity information of viewers from providers of web sites. The activity information indicates the viewers' involvement with the web sites.<br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms. |

| | | |
|---|---|---|
| | | Jive Gamification Datasheet at 2-3.<br><br>**Security And Compliance**<br>Protect your data and ensure compliance with Jive's iron-clad security.<br>**Industry Regulations**<br>Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more<br>**Antivirus Protection**<br>Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more<br>**Records Retention**<br>Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more<br>**eDiscovery**<br>Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more<br>https://www.jivesoftware.com/product/#secure |

| | | |
|---|---|---|
| | | **Solves Your Biggest IT Challenges**<br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br>**Features and Capabilities**<br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*<br>https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 10[f] | awarding incentive information to the second viewer based on the activity information of the second viewer; and | Jive's system awards incentive information to the viewers based on the activity information of the viewers. |

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Jive Gamification Datasheet at 1.

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

Jive Gamification Datasheet at 1.

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |
| | | |

| | | |
|---|---|---|
| 10[g] | providing, using the incentive application at the second Web site, the second incentive information awarded to the second viewer when the second viewer returns to visit the second Web site, the second incentive information awarded to the second viewer to incentivize additional activity of the second viewer with the second Web site. | Jive's system provides the first incentive information awarded to the viewers returns to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>**Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

| | | |
|---|---|---|
| | | The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be u to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user strear profiles and groups.<br><br>Jive Gamification Datasheet at 2. |

**U.S. Patent No. 9,779,421, Claim 12**

| Claim No. | Claim | Jive Platform |
|---|---|---|
| 12[p] | 12. A method comprising: | Jive's system implements the following method. |
| | | |
| 12[a] | receiving and storing, at a network site, activity information of a first viewer from a first website of a first provider, the activity information of the first viewer indicating the first viewer's involvement with the first website, the activity information of the first viewer received from the first website using an application programming interface (API) operable at the network site; | Jive's system receives and stores activity information of viewers from providers of web sites. The activity information indicates the viewers' involvement with the web sites.<br>Its<br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms. |

| | | |
|---|---|---|
| | | Jive Gamification Datasheet at 2-3.<br><br>**Security And Compliance**<br><br>Protect your data and ensure compliance with Jive's iron-clad security.<br><br>**Industry Regulations**<br>Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more<br><br>**Antivirus Protection**<br>Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more<br><br>**Records Retention**<br>Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more<br><br>**eDiscovery**<br>Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more<br><br>https://www.jivesoftware.com/product/#secure |

| | | |
|---|---|---|
| | | **Solves Your Biggest IT Challenges**<br><br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br><br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br><br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br><br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br><br>**Features and Capabilities**<br><br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*<br><br>https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 12[b] | awarding, by the network site, first incentive information to the first viewer based on the activity information of the first viewer; | Jive's system awards incentive information to the viewers based on the activity information of the viewers. |

| | | |
|---|---|---|
| | | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |
| | | |

| | | |
|---|---|---|
| 12[c] | providing the first incentive information to a first incentive application embedded in the first website, the first incentive application being previously provided to the first website to allow embedding, the first incentive information to be displayed to the first viewer by the first website using the first incentive application; | Computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."<br><br>Jive meets this limitation. It embeds an incentive application within multiple Jive websites as well as platforms such as Microsoft Office 365, Google, Salesforce, and Jira. These platforms are available as websites.<br><br>See https://www.jivesoftware.com/solutions/it/<br><br><br><br>https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | **Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1.<br><br>**The most powerful gamification engine**<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>**Fully integrated user experience**<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |




https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")

Jive's system provides the first incentive information awarded to the viewers returns to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites.

| | | |
|---|---|---|
| | | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br>Jive Gamification Datasheet at 1.<br><br>**Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | Social Intranet<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |
| | | |

| | | |
|---|---|---|
| 12[d] | receiving and storing, at the network site, activity information of a second viewer from a second website of a second provider, the activity information of the second viewer indicating the second viewer's involvement with the second website, the activity information of the second viewer received from the second website using the API operable at the network site; | Jive's system receives and stores activity information of viewers from providers of web sites. The activity information indicates the viewers' involvement with the web sites.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br><br>**Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2. |

Advanced reputation scoring

---

- Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.

Jive Gamification Datasheet at 2-3.

## Security And Compliance

Protect your data and ensure compliance with Jive's iron-clad security.

### Industry Regulations

Jive meets stringent international requirements for security assurance, availability, processing integrity, confidentiality and privacy. Jive has certification for compliance with ISO 27001, maintains a SOC 2 Type II report, and processes data in accordance with privacy regulations requirements such as GDPR and CCPA. Learn more

### Antivirus Protection

Meet rigorous data protection standards with automated antivirus functionality that scans file attachments, immediately deletes infected files and optionally notifies you when viruses are detected. Learn more

### Records Retention

Track the creation or updating of user-generated content within Jive and deliver it to external SMTP or XML-based retention and eDiscovery systems. Learn more

### eDiscovery

Search Jive for content related to specific users and export the results for use in third-party eDiscovery management tools. Learn more

https://www.jivesoftware.com/product/#secure

| | | |
|---|---|---|
| | | **Solves Your Biggest IT Challenges**<br>**End Silos**<br>Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.<br>**Cure Corporate Amnesia**<br>Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.<br>**Drive Strategic Alignment**<br>Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.<br>**Unify Your IT Landscape**<br>Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.<br>**Features and Capabilities**<br>▪ ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*<br>▪ ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*<br>▪ ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*<br>▪ ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*<br>▪ ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere – even deskless workers.*<br>▪ ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*<br>▪ ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*<br>https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 12[e] | awarding, by the network site, second incentive information to the second viewer based on the activity information of the second viewer; and | Jive's system awards incentive information to the viewers based on the activity information of the viewers. |

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Jive Gamification Datasheet at 1.

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

Jive Gamification Datasheet at 1.

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |
| | | |

| | | |
|---|---|---|
| 12[f] | providing the second incentive information to a second incentive application embedded in the second website, the second incentive application being previously provided to the second website to allow embedding, the second incentive information to be displayed to the second viewer by the second website using the second incentive application, the first and second websites being provided by different computer systems. | Computer dictionaries variously define embedded as (1) “an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed.” and (2) “A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it.”<br><br>Jive meets this limitation. It embeds an incentive application within multiple Jive websites, as well as platforms such as Microsoft Office 365, Google, Salesforce, and Jira. These platforms are available as websites.<br><br>See https://www.jivesoftware.com/solutions/it/<br><br><br>https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | **Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | <br><br>https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")<br><br>Jive's system provides the first incentive information awarded to the viewers returns to visit the site. The incentive information awarded to the viewer incentivizes additional activity of the viewer with the websites. |

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.

Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Jive Gamification Datasheet at 1.

## Sales

Incentivize your entire sales team to be top performers by tapping into their competitive spirit:

- Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.
- Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.

Jive Gamification Datasheet at 2.

| | | |
|---|---|---|
| | | **Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br><br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2.<br><br>**The most powerful gamification engine**<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>**Fully integrated user experience**<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |

# U.S. Patent No. 11,501,339, Claim 22

<table>
<tr><th>Claim No.</th><th>Claim</th><th>Jive Platform</th></tr>
<tr><td>22[p]</td><td>22. A method using a server having a hardware processor and logic stored in memory, comprising</td><td>BI Worldwide takes no position on whether the preamble of this claim is limiting.<br><br>Jive advertises a cloud based platform. See https://www.aurea.com/library/jive/. A server with a hardware processor and logic stored in memory would be necessary for a cloud-based platform.<br>




https://www.aurea.com/library/jive/</td></tr>
</table>

<table>
<tr><td></td><td></td><td>


## Fewer Tickets. Happier Users. Faster Transformation.

Jive enables IT departments to reduce costs significantly. With easy setup, simple administration, automatic upgrades via the cloud, and comprehensive onboarding for all employees, you'll see fewer help desk tickets and a more united workforce.

**Companies using a Jive interactive intranet achieve results like:**

- **17%** fewer employee support tickets
- **83%** daily active user rate – an industry best
- **15%** increase in employee productivity

https://www.jivesoftware.com/solutions/it/

## Social Intranet

Empower and drive the behaviors you want:

- Boost innovation by rewarding the best ideas.
- On-board staff faster with motivated learning.
- Encourage increased interaction and productivity.

Jive Gamification Datasheet at 1-2.
</td></tr>
<tr><td></td><td></td><td></td></tr>
</table>

| | | |
|---|---|---|
| 22[a] | using a processor operating an incentive application logic in communication with a first networked site, embedding an incentive application on a first network site; | Computer dictionaries variously define embedded as (1) “an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed.” and (2) “A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it.”<br><br>Jive’s system embeds an incentive application within multiple Jive network sites as well as additional network sites such as Microsoft Office 365, Google, Salesforce, and Jira.<br><br>See https://www.jivesoftware.com/solutions/it/<br><br><br>https://www.jivesoftware.com/product/gamification-tools/ |

| | | |
|---|---|---|
| | | **Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1.<br><br>The most powerful gamification engine<br><br>• Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.<br><br>Fully integrated user experience<br><br>• Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.<br><br>Jive Gamification Datasheet at 2. |

| | | |
|---|---|---|
| | | <br>https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.") |
| | | |
| 22[b] | i. through the embedded first incentive application, generating a first incentive screen at the first networked site; | Jive's system generates incentive screens on network sites. For example, Jive's system generates incentive screens such as points, levels, badges. See Jive Gamification Datasheet. |

| | | |
|---|---|---|
| | | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br>**Gamification drives engagement**<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |
| | | |
| 22[c] | ii. awarding first incentive information based on information about a first viewer from | Jive's system awards incentive information based on information about viewers from the network site stored on the server. |

| | | |
|---|---|---|
| | the first network site stored on the server; | A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br>Jive Gamification Datasheet at 1.<br>**Gamification drives engagement**<br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Advanced reputation scoring**<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>**Community-specific gamification**<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>**Endless gamification program options**<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>**Robust analytics**<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>**Compatibility**<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |

# Quests and Rewards

Use Jive's built-in engagement and rewards system to onboard new hires fast, energize participation and turn employees into company champions. Compelling quests and missions are provided out of the box, which you can manage and further customize through a powerful console. Learn more >

https://www.jivesoftware.com/product/intranet-user-adoption/

## Solves Your Biggest IT Challenges

**End Silos**
Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.

**Drive Strategic Alignment**
Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.

**Cure Corporate Amnesia**
Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.

**Unify Your IT Landscape**
Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.

## Features and Capabilities

- ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*
- ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*
- ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*
- ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*
- ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*
- ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*
- ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*

| | | |
|---|---|---|
| | | https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 22[d] | iii. displaying awarded first incentive information on the first incentive screen on the first network site to incentivize additional activity of the first viewer; | Jive's system displays awarded incentive information on the incentive screen on network sites to incentivize additional activity of the viewers.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | Sales<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>Social Intranet<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

<table>
<tr><td></td><td></td><td>



https://www.jivesoftware.com/product/intranet-user-adoption/




https://www.jivesoftware.com/product/intranet-user-adoption/
</td></tr>
<tr><td></td><td></td><td></td></tr>
<tr><td>22[e]</td><td>iv. using a processor operating an incentive application logic in communication with a second networked site, embedding an incentive application on a second network site;</td><td>Computer dictionaries variously define embedded as (1) "an adjective referring to items, such as program code or commands, that are built into their carriers rather than associated with or called by them when needed." and (2) "A method of including information from one application in another. . . . Embedding is different from copying in that the application that created the embedded information can be started up from within the destination application if any modification is required. Embedding is also different from linking where no information is copied into the desination, only the whereabouts of the source and what application created it."</td></tr>
</table>

Jive's system embeds an incentive application within multiple Jive network sites as well as additional network sites such as Microsoft Office 365, Google, Salesforce, and Jira.

See https://www.jivesoftware.com/solutions/it/

**Jive's basic game mechanics are automatic, driving intranet engagement with points and recognition.**

But we've gone further, providing advanced gamification that really amps up participation and enthusiasm.

- Create targeted missions, contests and badges that encourage specific actions, like giving helpful answers and peer-based support.
- Provide powerful incentives in the form of rewards that users can redeem in your own rewards store.
- Grant special privileges like content creation and moderation, giving your biggest fans a bigger stake in the community.
- Use leader boards to tap your community's competitive spirit, acknowledge top contributors and cultivate product champions.



https://www.jivesoftware.com/product/gamification-tools/

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

Jive Gamification Datasheet at 1.

The most powerful gamification engine

- Powered by Bunchball Nitro, the module tracks over one hundred specific activities that can be used to structured missions and determine user rewards.

Fully integrated user experience

- Gamification elements are seamlessly integrated within the entire Jive experience: in user streams, profiles and groups.

Jive Gamification Datasheet at 2.




https://www.jivesoftware.com/solutions/it/ ("Pre-built connectors for SAML/SSO, Active Directory/LDAP, MS O365, Google, Salesforce, Jira and other systems.")

<table>
<tr><td></td><td></td><td></td></tr>
<tr>
<td>22[f]</td>
<td>v. through the embedded second incentive application, generating a second incentive screen at the second networked site;</td>
<td>
Jive’s system generates incentive screens on network sites. For example, Jive’s system generates incentive screens such as points, levels, badges. See Jive Gamification Datasheet.

A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.
Jive’s Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.




Jive Gamification Datasheet at 1.

## Gamification drives engagement

The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.

Jive Gamification Datasheet at 1.
</td>
</tr>
<tr><td></td><td></td><td></td></tr>
</table>

| | | |
|---|---|---|
| 22[g] | vi. awarding second incentive information based on information about a second viewer from the second network site stored on the server; and | Jive's system awards incentive information based on information about viewers from the network site stored on the server.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br><br>Jive Gamification Datasheet at 1.<br><br>**Gamification drives engagement**<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br><br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | Advanced reputation scoring<br><br>• Organization-wide and group-specific reputation scores are calculated based on behavior-driven, leveling algorithms.<br><br>Community-specific gamification<br><br>• Managers have the flexibility to engage members within their specific community or across the entire business.<br><br>Endless gamification program options<br><br>• The challenges you define can be as rich and complex as the social activities supported by the Jive platform.<br><br>Robust analytics<br><br>• You can easily measure the impact of your gamification initiatives while gaining greater insight into your community.<br><br>Compatibility<br><br>• This module is compatible with the following Jive products and versions: Jive and Jive Custom versions 5.0 and higher<br><br>Jive Gamification Datasheet at 2-3. |

<table>
<tr>
<td></td>
<td></td>
<td>

# Quests and Rewards

Use Jive's built-in engagement and rewards system to onboard new hires fast, energize participation and turn employees into company champions. Compelling quests and missions are provided out of the box, which you can manage and further customize through a powerful console. Learn more >

https://www.jivesoftware.com/product/intranet-user-adoption/

## Solves Your Biggest IT Challenges

**End Silos**
Go beyond disconnected tools and captive platforms with an open collaboration hub that unites people, information, and systems across the enterprise.

**Drive Strategic Alignment**
Turn a fragmented organization into a cohesive team where everyone contributes and shares your company's vision.

**Cure Corporate Amnesia**
Make work visible, searchable and shareable, maximizing your collective brainpower and building permanent institutional memory.

**Unify Your IT Landscape**
Integrate disparate tools and systems in one seamless experience for high-performance collaboration and innovation.

## Features and Capabilities

- ***Knowledge discovery:*** *Jive WorkGraph and machine intelligence proactively connect employees with colleagues, information, and expertise.*
- ***Complete digital workplace and interactive intranet:*** *comprehensive communications, collaboration, company directory, enterprise search, and more.*
- ***Cross-functional collaboration:*** *within teams and departments, across functional groups and ecosystems (including partners and contractors).*
- ***High-impact communications:*** *beautiful news pages and streams deliver corporate communications in a can't-miss, must-read layout.*
- ***Totally mobile:*** *compelling, consumer-style mobile app keeps employees connected and productive everywhere — even deskless workers.*
- ***Out-of-the-box integrations:*** *ready-to-use integrations for Microsoft, Google, Salesforce, and more.*
- ***Easy setup, low TCO:*** *pre-built spaces for employee onboarding, employee support, IT help desk, and more. Easy configuration and administration without IT help. Cloud deployment. Robust security and privacy controls.*

</td>
</tr>
</table>

| | | |
|---|---|---|
| | | https://www.jivesoftware.com/wp-content/uploads/Why-Jive-Modern-Intranet_AU0418-1-1.pdf |
| | | |
| 22[h] | vii. displaying awarded second incentive information on the second incentive screen on the second network site to incentivize additional activity of the second viewer. | Jive's system displays awarded incentive information on the incentive screen on network sites to incentivize additional activity of the viewers.<br><br>A Jive employee community can make your workforce more aligned, informed and productive than ever before. But your community is only as good as its contributors, and they need inspiration.<br>Jive's Advanced Gamification Module combines sophisticated game mechanics with behavioral data to motivate community members, maximize engagement and increase your ROI. Advanced Gamification can help you accelerate adoption and maximize the quantity and quality of contributions in your Jive community through targeted incentives tailored to individuals and specific groups of users.<br><br><br><br><br>Jive Gamification Datasheet at 1.<br><br>## Gamification drives engagement<br><br>The Advanced Gamification Module gives you the ability to engage users with highly personalized, collaborative and rewarding experiences. These include missions and challenges, status levels and badges, group-based goals and competitions, real-time feedback and end-to-end fulfillment of virtual or physical rewards. You can design incentive programs and missions for multiple types of users and groups within a Jive community.<br>Jive Gamification Datasheet at 1. |

| | | |
|---|---|---|
| | | **Sales**<br><br>Incentivize your entire sales team to be top performers by tapping into their competitive spirit:<br><br>• Speed on-boarding by rewarding new hires for connecting to expert reps and reading training material.<br>• Connect to your CRM and reward employees for closing deals, prospecting and sharing sales materials.<br><br>Jive Gamification Datasheet at 2.<br><br>**Social Intranet**<br><br>Empower and drive the behaviors you want:<br><br>• Boost innovation by rewarding the best ideas.<br>• On-board staff faster with motivated learning.<br>• Encourage increased interaction and productivity.<br><br>Jive Gamification Datasheet at 1-2. |

| | | |
|---|---|---|
| | | <br><br>https://www.jivesoftware.com/product/intranet-user-adoption/<br><br><br>https://www.jivesoftware.com/product/intranet-user-adoption/ |